STATE v. REAVES
   No. 12 PC.

   Case below: 15 N.C. App. 476.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

STATE v. STIMPSON
   No. 13 PC.

   Case below: 15 N.C. App. 606.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

STATE v. THOMPSON
   No. 39 PC.

   Case below: 16 N.C. App. 62.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.

UNIVERSITY v. TOWN OF CARRBORO
   No. 25 PC.

   Case below: 15 N.C. App. 501.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 3 October 1972.